78 A.3d 1020

**Jamal REID, Petitioner**

v.

**Judge Rose NASTASI–DELFINO [Sic], Respondent.**

**No. 135 EM 2013.**

Supreme Court of Pennsylvania.

Oct. 13, 2013.

### *ORDER*

PER CURIAM.

**AND NOW,** this 30th day of October, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.** The Prothonotary is directed to strike the name of the jurist from the caption.